**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-1173-01-PHX-DLR |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| Aaron Vasquez, | |
| Defendant. | |

On November 8, 2018, Defendant appeared before this Court on a petition to revoke conditions of release. The Court considered the information provided to the Court, the arguments of counsel, exhibits and testimony by witnesses in determining whether the Defendant should be released on conditions set by the Court. Defendant was previously placed in the Crossroads program to address his substance abuse problems. Defendant was terminated from Crossroads based upon his conduct at that facility. The Court finds, by clear and convincing evidence, that Defendant has violated the conditions of release by his conduct that resulted in an unsuccessful discharge from Crossroads.

Further, Defendant has a serious substance abuse issue that remains a problem for him. Defendant may also have attention deficit issues that should be addressed in the future. The Court finds that there is no condition or combination of conditions available to the Court that will reasonably assure the appearance of Defendant in this case. 18 U.S.C. § 3148(b).

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated this 13th day of November, 2018.

Honorable John Z. Boyle
United States Magistrate Judge